```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHAWN SMITH, as Administrator     )
of the Estate of MALISSA SMITH,   )
Deceased,                         )
                                  )
     Plaintiff,                   )
                                  )
v.                                ) No. 14-85-JPG/PMF
                                  )
THE WASHINGTON UNIVERSITY,        )
and BARNES-JEWISH HOSPITAL,       )
                                  )
     Defendants.                  )
```

**<u>INTRODUCTION</u>**

Jurisdiction lies pursuant to 28 U.S.C. 1332, diversity of citizenship, in that no plaintiff is from the same state as any defendant, and the amount in controversy exceeds SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), exclusive of costs and interest.

<u>COUNT I</u>
*(Survival Count v. Washington University)*

Comes now the plaintiff, by and through his attorney, **THOMAS Q. KEEFE, JR., KEEFE & KEEFE, P.C.**, and for Count I of his Complaint against the defendant WASHINGTON UNIVERSITY, states:

    1.   That this case was voluntarily dismissed with consent of all parties on September 20, 2013, and is being refiled with the understanding that all discovery remains in effect.

    2.   That on or about June 10, 2010, Melissa Smith died in the State of Illinois, and her husband, Shawn Smith, an Illinois resident, is the administrator of her estate, and brings this

action pursuant to the Illinois Survival Act and Illinois Wrongful Death Act.

3.  That on or about March 3, 2008 plaintiff and plaintiff's decedent first discovered she had cancer and therefore they neither knew nor by the exercise of reasonable care could have known of her injury and its wrongful cause before that date, and, in fact, neither knew nor by the exercise of reasonable care could have known until some time following that date.

4.  That on or about December 28, 2008 plaintiff underwent a colonoscopy, biopsy and pathological analysis performed by the agents, servants, and employees of defendants Washington University and Barnes-Jewish Hospital, Missouri corporations, both doing business in the State of Illinois, when they assumed the care of plaintiff Malissa Smith.

5.  That the defendant, by and through its agents, servants, and employees was guilty of one or more of the following negligent acts or omissions:

       a)  Negligently and carelessly failed to diagnose cancer;

       b)  Negligently and carelessly failed to timely treat cancer;

6.  That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the defendant as aforesaid Malissa Smith suffered permanent pain, mental anguish, disability, disfigurement, incurred and became

liable for large sums of money in hospital, medical and related expenses, until she died, and, permanently lost great wages and income, past, present, and future all to her damages in a substantial amount.

    7.    That as a direct and proximate result of the negligence and carelessness of the defendant, Malissa Smith died, and her next of kin have been permanently deprived of her love, companionship, society, consortium, and support, and have incurred and become liable for large sums of money in hospital, medical, funeral expenses, and their damages are likewise permanent.

    WHEREFORE, plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT II
*(Survival Count v. Barnes-Jewish Hospital)*

    Comes now the plaintiff, by and through his attorney, **THOMAS Q. KEEFE, JR., KEEFE & KEEFE, P.C.**, and for Count II of his Complaint against the defendant BARNES-JEWISH HOSPITAL, states:

    1.    That this case was voluntarily dismissed with consent of all parties on September 20, 2013, and is being refiled with the understanding that all discovery remains in effect.

    2.    That on or about June 10, 2010, Melissa Smith died in the State of Illinois, and her husband, Shawn Smith, an Illinois resident, is the administrator of her estate, and brings this

action pursuant to the Illinois Survival Act and Illinois Wrongful Death Act.

    3.    That on or about March 3, 2008 plaintiff and plaintiff's decedent first discovered she had cancer and therefore they neither knew nor by the exercise of reasonable care could have known of her injury and its wrongful cause before that date, and, in fact, neither knew nor by the exercise of reasonable care could have known until some time following that date.

    4.    That on or about December 28, 2008 plaintiff underwent a colonoscopy, biopsy and pathological analysis performed by the agents, servants, and employees of defendants Washington University and Barnes-Jewish Hospital, Missouri corporations, both doing business in the State of Illinois, when they assumed the care of plaintiff Malissa Smith.

    5.    That the defendant, by and through its agents, servants, and employees was guilty of one or more of the following negligent acts or omissions:

        a)    Negligently and carelessly failed to diagnose cancer;

        b)    Negligently and carelessly failed to timely treat cancer;

    6.    That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the defendant as aforesaid Malissa Smith suffered permanent pain, mental anguish, disability, disfigurement, incurred and became

liable for large sums of money in hospital, medical and related expenses, until she died, and, permanently lost great wages and income, past, present, and future all to her damages in a substantial amount.

7. That as a direct and proximate result of the negligence and carelessness of the defendant, Malissa Smith died, and her next of kin have been permanently deprived of her love, companionship, society, consortium, and support, and have incurred and become liable for large sums of money in hospital, medical, funeral expenses, and their damages are likewise permanent.

WHEREFORE, plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

COUNT III
*(Wrongful Death v. Washington University)*

Comes now the plaintiff, by and through his attorney, **THOMAS Q. KEEFE, JR., KEEFE & KEEFE, P.C.**, and for Count III of his Complaint against the defendant WASHINGTON UNIVERSITY, states:

1. That this case was voluntarily dismissed with consent of all parties on September 20, 2013, and is being refiled with the understanding that all discovery remains in effect.

2. That on or about June 10, 2010, Melissa Smith died in the State of Illinois, and her husband, Shawn Smith, an Illinois resident, is the administrator of her estate, and brings this

action pursuant to the Illinois Survival Act and Illinois Wrongful Death Act.

    3.    That on or about March 3, 2008 plaintiff and plaintiff's decedent first discovered she had cancer and therefore they neither knew nor by the exercise of reasonable care could have known of her injury and its wrongful cause before that date, and, in fact, neither knew nor by the exercise of reasonable care could have known until some time following that date.

    4.    That on or about December 28, 2008 plaintiff underwent a colonoscopy, biopsy and pathological analysis performed by the agents, servants, and employees of defendants Washington University and Barnes-Jewish Hospital, Missouri corporations, both doing business in the State of Illinois, when they assumed the care of plaintiff Malissa Smith.

    5.    That the defendant, by and through its agents, servants, and employees was guilty of one or more of the following negligent acts or omissions:

        a)    Negligently and carelessly failed to diagnose cancer;

        b)    Negligently and carelessly failed to timely treat cancer;

    6.    That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the defendant as aforesaid Malissa Smith suffered permanent pain, mental anguish, disability, disfigurement, incurred and became

liable for large sums of money in hospital, medical and related expenses, until she died, and, permanently lost great wages and income, past, present, and future all to her damages in a substantial amount.

7. That as a direct and proximate result of the negligence and carelessness of the defendant, Malissa Smith died, and her next of kin have been permanently deprived of her love, companionship, society, consortium, and support, and have incurred and become liable for large sums of money in hospital, medical, funeral expenses, and their damages are likewise permanent.

WHEREFORE, plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT IV
*(Wrongful Death v. Barnes-Jewish Hospital)*

Comes now the plaintiff, by and through his attorney, **THOMAS Q. KEEFE, JR., KEEFE & KEEFE, P.C.**, and for Count IV of his Complaint against the defendant BARNES-JEWISH HOSPITAL, states:

1. That this case was voluntarily dismissed with consent of all parties on September 20, 2013, and is being refiled with the understanding that all discovery remains in effect.

2. That on or about June 10, 2010, Melissa Smith died in the State of Illinois, and her husband, Shawn Smith, an Illinois resident, is the administrator of her estate, and brings this

action pursuant to the Illinois Survival Act and Illinois Wrongful Death Act.

    3.    That on or about March 3, 2008 plaintiff and plaintiff's decedent first discovered she had cancer and therefore they neither knew nor by the exercise of reasonable care could have known of her injury and its wrongful cause before that date, and, in fact, neither knew nor by the exercise of reasonable care could have known until some time following that date.

    4.    That on or about December 28, 2008 plaintiff underwent a colonoscopy, biopsy and pathological analysis performed by the agents, servants, and employees of defendants Washington University and Barnes-Jewish Hospital, Missouri corporations, both doing business in the State of Illinois, when they assumed the care of plaintiff Malissa Smith.

    5.    That the defendant, by and through its agents, servants, and employees was guilty of one or more of the following negligent acts or omissions:

        a)    Negligently and carelessly failed to diagnose cancer;

        b)    Negligently and carelessly failed to timely treat cancer;

    6.    That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the defendant as aforesaid Malissa Smith suffered permanent pain, mental anguish, disability, disfigurement, incurred and became

liable for large sums of money in hospital, medical and related expenses, until she died, and, permanently lost great wages and income, past, present, and future all to her damages in a substantial amount.

7.  That as a direct and proximate result of the negligence and carelessness of the defendant, Malissa Smith died, and her next of kin have been permanently deprived of her love, companionship, society, consortium, and support, and have incurred and become liable for large sums of money in hospital, medical, funeral expenses, and their damages are likewise permanent.

WHEREFORE, plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

<u>/s/Thomas Q. Keefe, Jr.</u>
THOMAS Q. KEEFE, JR.
Ill. Reg. No. 03123418
Attorney for Plaintiff

**KEEFE & KEEFE, P.C.**
**ATTORNEY AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS  62226**
**618/236-2221 (Telephone)**
**618/236-2194 (Facsimile)**