IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAWN SMITH, as Administrator of the Estate of Malissa Smith,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE WASHINGTON UNIVERSITY; and BARNES-JEWISH HOSPITAL,<br><br>　　　　　Defendants. | Case No. 14-cv-0085-SMY-PMF |

**ORDER**

This matter comes before the Court on Defendant The Washington University's Motion to Dismiss for Lack of Prosecution (Doc. 31) which was adopted by Defendant Barnes-Jewish Hospital pursuant to this Court's Order at Doc. 40.  For the following reasons, the motion is **GRANTED.**

Plaintiff's Counsel withdrew from this case on January 20, 2015 (Doc. 25).   The Court issued an Order to Show Cause on March 6, 2015 (Doc. 28) giving Plaintiff 30 days to obtain new counsel or to inform the Court of his intention to proceed pro se.  Plaintiff did not respond. On April 15, 2015, Defendant The Washington University filed the instant Motion to Dismiss for Lack of Prosecution with a response deadline of May 18, 2015.  Plaintiff did not file a response to the motion to dismiss.  On April 21, 2015, the Court issued an Order to Show Cause giving Plaintiff until May 5, 2015 to respond or show cause why he had not responded to Defendant's Motion to Bar Expert Testimony (Doc. 33).  Again, Plaintiff failed to respond.  On May 14, 2015, the Court scheduled a telephonic status conference for May 27, 2015 at 9:30 a.m. (Doc.

41).  Notice and instructions for participating in the conference call was mailed to Plaintiff on May 15, 2015.  Plaintiff failed to appear for the Status Conference.

Under local rule 7.1 The Court may, it its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion, and the Court will do so in this case.  See Local Rule 7.1(c) (requiring a response to a motion to dismiss be filed 30 days after service of the motion and stating a failure to timely respond may be deemed an admission of the merits of the motion).  Given Plaintiff's inactivity in this case and repeated failures to respond to or comply with this Court's orders since the withdrawal of his counsel, the Court reasonably concludes that Plaintiff has abandoned the instant action.

Accordingly, Defendants' Motion to Dismiss for Lack of Prosecution (Doc. 31) is **GRANTED**.   Defendants' Motion to Bar Report and Testimony of Plaintiff's Expert (Doc. 26) is **DENIED** as moot.  The Clerk of Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

DATED: May 29, 2015

/s/ Staci M. Yandle
STACI M. YANDLE
DISTRICT JUDGE